Joseph C. Andras (SBN 138181)
andras@masiplaw.com
MYERS ANDRAS SHERMAN LLP
19900 MacArthur Blvd., Suite 1150
Irvine, CA  92612
Phn:   (949) 223-9600
Fax:   (949) 223-9610

Tawyna Wojciechowski (SBN 180063)
tawnya@trwlawgroup.com
TRW Law Group
19900 MacArthur Blvd., Suite 1150
Irvine, CA 92612
Phn:   (949) 701-4747
Fax:   (949) 701-4712

Attorneys for Plaintiff
WEST COAST TURF

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WEST COAST TURF, a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>WEST COAST GRASS DISTRIBUTORS, LLC, a California limited liability company; PATRICK G. BROKAW, an individual; and DOES 1-10 inclusive,<br><br>Defendants. | Case No.<br>   SACV10-1030 DOC (RNBx)<br><br>**ORDER RE DISMISSAL**<br><br>**Complaint Filed: July 7, 2010**<br>**Trial Date:** |

Pursuant to the separately filed stipulation of the parties, it is hereby ORDERED:

1. All claims and causes of action pending in this action are dismissed with prejudice;

2. Each party shall bear its own costs and attorney's fees incurred in this action; and

MYERS ANDRAS SHERMAN LLP
19900 MacArthur Blvd.
Suite 1150
Irvine, CA 92612

- 1 -
**ORDER RE DISMISSAL**

3. The Court shall retain jurisdiction over the parties to enforce the settlement until performance in full of the terms of the settlement.

IT IS SO ORDERED

Date: February 16, 2011

*David O. Carter*

United States District Judge

MYERS ANDRAS SHERMAN LLP
19900 MacArthur Blvd.
Suite 1150
Irvine, CA 92612

- 2 -
**ORDER RE DISMISSAL**